

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-16-00584-CV

**IN THE MATTER OF J.P.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. CM2010JUV02006
Honorable Daphne Previti Austin, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 26, 2017.

_____
Irene Rios, Justice